## No. 2.

ROLLINS *against* WALKER. *Chittenden*, 1815.

DAMAGES for not building a house according to contract, cannot be off-set, under the Statute. Money voluntarily paid upon a note, given in consideration of a contract to build a house which has not been performed, cannot be recovered back in an action for money had and received.

## No. 3.

DYER *against* BURDICT. *Rutland*, 1817.

WHEN a declaration is filed on book, under the Statute of off-set, the amount of debt, reported by auditors, *only*, is to be plead in off-set, and all costs are taxed against the party in arrear.

See Execution 2.

SHERIFF—See Audita Querela 3. Bail Bond 3. Evidence 16, 18. Insanity. Pauper Cases 4. Service.

STATES OF THE UNION—Their acts how considered. See Bankruptcy 1. Executors and Administrators 1, 2, 5.